UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE META BROWSER TRACKING LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | Case No. 22-cv-05267-JST<br><br>**ORDER CONSOLIDATING CASES**<br><br>Re: ECF No. 23 |
| SARAH SIJELMASSI,<br>      Plaintiff,<br>    v.<br>META PLATFORMS INC.,<br>      Defendants. | Case No. 22-cv-06619-JST |
| DAVID KAUFFMAN,<br>      Plaintiff,<br>    v.<br>META PLATFORMS INC.,<br>      Defendants. | Case No. 22-cv-06658-JST |

Pursuant to this Court's order in the consolidated action, *In re Meta Browser Tracking Litigation*, No. 22-cv-05267-JST, ECF No. 21, the Court finds that the following actions contain substantially similar claims as the consolidated action: *Sijelmassi v. Meta Platforms Inc.*, No. 22-cv-06619-JST, and *Kauffman v. Meta Platforms Inc.*, No. 22-cv-06658-JST. These two actions are hereby consolidated in *In re Meta Browser Tracking Litigation*, No. 22-cv-05267-JST, for all purposes. Any party objecting to such consolidation must file a motion requesting relief from this

1  order within 14 days of its issuance.  If no timely objections are filed, these matters will remain
2  consolidated for all purposes, and the Clerk will close Case Nos. 22-cv-06619-JST and 22-cv-
3  06658-JST.

4  **IT IS SO ORDERED.**

5  Dated:  November 17, 2022



JON S. TIGAR
United States District Judge