1
2
3
4
5
6
7
8
9
10
11
12

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

13
14
15
16
17
18
19

| In re Meta Browsing Tracking Litigation | Case No. 4:22-cv-05267-JST |
|---|---|
| | **[PROPOSED] ORDER GRANTING MOTION FOR APPOINTMENT OF INTERIM CLASS COUNSEL** |

20
21
22
23
24
25
26
27
28

Upon review of the Motion for Appointment of Interim Class Counsel filed by Plaintiffs Gabriele Willis, Kerreisha Davis, and Wayne Mitchell, the Court hereby **GRANTS** the Motion and **ORDERS** as follows:

1. Pursuant to Rule 23(g) of the Federal Rules of Civil Procedure, Girard Sharp LLP and Milberg Coleman Bryson Phillips Grossman, PLLC are appointed as Interim Co-Lead Counsel.

2. Consistent with the Manual for Complex Litigation, Fourth, §§ 10.221 and 40.22, Interim Co-Lead Counsel shall have the authority to perform or delegate the following tasks on behalf of all Plaintiffs in the Consolidated Action:

    a. directing, coordinating, and supervising the prosecution of Plaintiffs' claims in this Consolidated Action;

    b. preparing, structuring, and presenting pretrial and other case management orders;

    c. convening meetings of counsel;

    d. communicating with defense counsel;

    e. initiating, responding to, scheduling, briefing, and arguing all motions;

    f. appearing at all hearings and conferences regarding the case;

    g. determining the scope, order, and conduct of all discovery proceedings;

    h. assigning work to Plaintiffs' counsel in this action, as necessary and appropriate;

    i. retaining experts;

    j. conducting settlement negotiations on behalf of Plaintiffs and the class;

    k. entering into stipulations with opposing counsel as necessary for the conduct of the litigation;

    l. preparing and distributing status reports to any other law firms that might seek to represent the proposed class;

    m. collecting and reviewing time and expense records from Plaintiffs' counsel on a regular basis, or as provided for under any Court-approved protocol;

    n. coordinating activities to avoid duplication and inefficiency in the filing, serving, and/or implementation of pleadings, other court papers, discovery papers, and discovery practice, and generally in the litigation;

        o.    coordinating discovery and briefing of common legal issues, and if appropriate, settlement approval proceedings; and

        p.    performing such other duties that may be incidental to proper coordination of Plaintiffs' pretrial activities or authorized by further order of this Court.

3.    The Court approves the Timekeeping Protocol attached as **Exhibit B** to the Declaration of Adam E. Polk. The terms of the Protocol must be followed by all counsel for Plaintiffs.

**IT IS SO ORDERED.**

DATED: December 22, 2022

_____
HONORABLE JON S. TIGAR
United States District Judge