1 | Adam E. Polk (SBN 273000)
2 | Simon Grille (SBN 294914)
  | Kimberly Macey (SBN 342019)
3 | Reid Gaa (SBN 330141)
  | **GIRARD SHARP LLP**
4 | 601 California Street, Suite 1400
  | San Francisco, CA 94108
5 | Telephone: (415) 981-4800
6 | Facsimile: (415) 981-4846
  | apolk@girardsharp.com
7 | sgrille@girardsharp.com
  | kmacey@girardsharp.com
8 | rgaa@girardsharp.com

Gary M. Klinger (*pro hac vice*)
Alexandra M. Honeycutt (*pro hac vice*)
Alexander Wolf (*pro hac vice* forthcoming)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Telephone: (866) 252-0878
gklinger@milberg.com
ahoneycutt@milberg.com
awolf@milberg.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Meta Browser Tracking Litigation | Case No. 4:22-cv-05267-JST<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS BROUGHT BY PLAINTIFFS ANDREW BAILEY, KERREISHA DAVIS, DAVID KAUFFMAN, NIKKI LARCH-MILLER, WAYNE MITCHELL, SARAH SIJELMASSI, AND ALEXANDRA WILLIAMS PURSUANT TO FED RULE CIV P 41(a)**<br><br>Hon. Jon S. Tigar |

1  PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i),
2  Plaintiffs Andrew Bailey, Kerreisha Davis, David Kauffman, Nikki Larch-Miller, Wayne Mitchell,
3  Sarah Sijelmassi, and Alexandra Williams hereby voluntarily dismiss their individual claims without
4  prejudice. This voluntary dismissal does not alter or affect the pendency of the claims of any other
5  Plaintiff to this litigation.

7  Dated: May 4, 2023

By:   /s/ Reid Gaa
Adam E. Polk (SBN 273000)
Simon Grille (SBN 294914)
Kimberly Macey (SBN 342019)
Reid Gaa (SBN 330141)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
apolk@girardsharp.com
sgrille@girardsharp.com
kmacey@girardsharp.com
rgaa@girardsharp.com

Gary M. Klinger (*pro hac vice*)
Alexandra M. Honeycutt (*pro hac vice*)
Alexander Wolf (*pro hac vice* forthcoming)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Telephone: (866) 252-0878
gklinger@milberg.com
ahoneycutt@milberg.com
awolf@milberg.com

*Attorneys for Plaintiffs*