LATHAM & WATKINS LLP
Elizabeth L. Deeley (Bar No. 230798)
  elizabeth.deeley@lw.com
Sheridan Caldwell (Bar No. 324743)
  sheridan.caldwell@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600

Serrin Turner (*pro hac vice*)
  serrin.turner@lw.com
Marissa Alter-Nelson (*pro hac vice*)
  marissa.alter-nelson@lw.com
1271 Avenue of the Americas
New York, New York 10022-4834
Telephone: +1.212.906.1200

*Attorneys for Defendant Meta Platforms, Inc.*

[Additional Counsel on Signature Page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re Meta Browser Tracking Litigation | Case No. 3:22-cv-05267-AMO<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON META PLATFORMS, INC.'S MOTION TO DISMISS THE CONSOLIDATED CLASS ACTION COMPLAINT**<br><br>Hon. Araceli Martínez-Olguín |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIP. & [PROPOSED] ORDER CONTINUING HEARING
ON MOTION TO DISMISS
CASE NO. 3:22-cv-05267-AMO

Plaintiffs Gabriele Willis, Shelby Cooper, Rama Kolesnikow, Lisa Bush, David Alzate, Mark Letoski, Louis Green, Ed Rennie, Teia Pittman, Raven Johnson, Chanel Robinson, Kevin Zenstein, Mary Thew, and Lisa Evans ("Plaintiffs"), and Defendant Meta Platforms, Inc. ("Meta," and together with Plaintiffs, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows and jointly request that the Court enter the below Order approving this Stipulation:

WHEREAS, on March 23, 2023, Meta filed its Motion to Dismiss the Consolidated Class Action Complaint ("Motion to Dismiss") (Dkt. 58);

WHEREAS, oral argument on Meta's Motion to Dismiss was initially noticed for June 22, 2023 (Dkt. 58);

WHEREAS, on May 10, 2023, this case was transferred to the Honorable Araceli Martinez-Olguin (Dkt. 74);

WHEREAS, on May 23, 2023, pursuant to the May 10, 2023 reassignment order, Meta re-noticed the hearing on its Motion to Dismiss for July 10, 2023 (Dkt. 78);

WHEREAS, on June 10, 2023, the Court reset oral argument on Meta's Motion to Dismiss to August 10, 2023 (Dkt. 81);

WHEREAS, over that date, counsel for Meta, Elizabeth Deeley, has a non-refundable international trip to accompany elderly family members to Europe that has been scheduled since March;

WHEREAS, the Parties have met and conferred and submit that good cause exists to continue the hearing currently set for August 10, 2023, to August 17, 2023, or a subsequent date at the convenience of the Court;

IT IS ACCORDINGLY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiffs and Meta, that:

1. Oral argument on Meta's Motion to Dismiss shall take place on August 17, 2023, at 2:00 p.m.in the United States District Court for the Northern District of California, Courtroom 10, 19th Floor, San Francisco, California 94102.

| | | |
|---|---|---|
| 1 | DATED: June 15, 2023 | LATHAM & WATKINS LLP |
| 2 | | By: /s/ *Elizabeth L. Deeley* |
| | | Elizabeth L. Deeley (Bar No. 230798) |
| 3 | |   elizabeth.deeley@lw.com |
| | | Sheridan Caldwell (Bar No. 324743) |
| 4 | |   sheridan.caldwell@lw.com |
| | | 505 Montgomery Street, Suite 2000 |
| 5 | | San Francisco, California 94111-6538 |
| | | Telephone: +1.415.391.0600 |
| 6 | | |
| | | Serrin Turner (pro hac vice) |
| 7 | |   serrin.turner@lw.com |
| | | Marissa Alter-Nelson (pro hac vice) |
| 8 | |   marissa.alter-nelson@lw.com |
| | | 1271 Avenue of the Americas |
| 9 | | New York, New York 10022-4834 |
| | | Telephone: +1.212.906.1200 |
| 10 | | |
| | | *Attorneys for Defendant Meta Platforms, Inc.* |
| 11 | | |
| 12 | DATED: June 15, 2023 | GIRARD SHARP |
| 13 | | By: /s/ *Reid Gaa* |
| | | Adam E. Polk (Bar No. 273000) |
| 14 | | Simon Grille (Bar No. 294914) |
| | | Kimberly Macey (Bar No. 342019) |
| 15 | | Reid Gaa (SBN No. 330141) |
| | | 601 California Street, Suite 1400 |
| 16 | | San Francisco, CA 94108 |
| 17 | | Telephone: (415) 981-4800 |
| | | apolk@girardsharp.com |
| 18 | | sgrille@girardsharp.com |
| | | kmacey@girardsharp.com |
| 19 | | |
| 20 | | MILBERG COLEMAN BRYSON PHILLPS GROSSMAN PLLC |
| 21 | | |
| | | John J. Nelson (Bar No. 317598) |
| 22 | | 280 S. Beverly Drive |
| | | Beverly Hills, CA 90212 |
| 23 | | Telephone: (858) 209-6941 |
| | | jnelson@milberg.com |
| 24 | | |
| 25 | | *Attorneys for Plaintiffs* |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

STIP. & [PROPOSED] ORDER CONTINUING
HEARING ON MOTION TO DISMISS
CASE NO. 3:22-cv-05267-AMO

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.

3  Dated: ___June 16, 2023___

_____
Hon. Araceli Martínez-Olguín
United States District Judge

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

STIP. & [PROPOSED] ORDER CONTINUING
HEARING ON MOTION TO DISMISS
CASE NO. 3:22-cv-05267-AMO