Adam E. Polk (SBN 273000)
Simon Grille (SBN 294914)
Reid Gaa (SBN 330141)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
apolk@girardsharp.com
sgrille@girardsharp.com
rgaa@girardsharp.com

Gary M. Klinger (Admitted *pro hac vice*)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, LLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60600
Tel: 866.252.0878
gklinger@milberg.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| In re Meta Browser Tracking Litigation | Case No. 3:22-cv-05267-AMO |
|---|---|
| | **STATEMENT OF RECENT DECISION** |
| | Judge: Hon. Araceli Martinez-Olguin |
| | Civ. L.R. 7-3(d)(2) |

Pursuant to Civil Local Rule 7-3(d)(2), in further opposition to Meta's motion to dismiss, Plaintiffs respectfully submit as supplemental authority the memorandum opinion issued last week in *Brown v. Google LLC*, Case No. 4:20-cv-3664-YGR (N.D. Cal. Aug. 7, 2023) (Exhibit A hereto). Among other issues relevant to Meta's motion, the opinion addresses Article III standing in connection with wiretap claims at pages 9-11, and the viability of claims under California's Unfair Competition Law concerning alleged privacy violations at pages 35-36.

Dated: August 15, 2023                                Respectfully submitted,

By: */s/ Simon S. Grille*

Adam E. Polk (SBN 273000)
Simon Grille (SBN 294914)
Reid Gaa (SBN 330141)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
apolk@girardsharp.com
sgrille@girardsharp.com
rgaa@girardsharp.com

Gary M. Klinger (Admitted *pro hac vice*)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, LLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60600
Tel: 866.252.0878
gklinger@milberg.com

*Attorneys for Plaintiffs*