| | |
|---|---|
| Adam E. Polk (SBN 273000) | Gary M. Klinger (*pro hac vice*) |
| Simon S. Grille (SBN 294914) | Alexandra M. Honeycutt (*pro hac vice*) |
| Kimberly Macey (SBN 342019) | Alexander Wolf (*pro hac vice* forthcoming) |
| Reid Gaa (SBN 330141) | **MILBERG COLEMAN BRYSON** |
| **GIRARD SHARP LLP** | **PHILLIPS GROSSMAN, PLLC** |
| 601 California Street, Suite 1400 | 227 W. Monroe Street, Suite 2100 |
| San Francisco, CA 94108 | Chicago, IL 60606 |
| Telephone: (415) 981-4800 | Telephone: (866) 252-0878 |
| apolk@girardsharp.com | gklinger@milberg.com |
| sgrille@girardsharp.com | ahoneycutt@milberg.com |
| kmacey@girardsharp.com | awolf@milberg.com |
| rgaa@girardsharp.com | |

*Attorneys for Plaintiffs*

[*Additional Counsel on Signature Page*]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Meta Browser Tracking Litigation | Case No. 3:22-cv-05267-AMO |
| | CLASS ACTION |
| | **JOINT STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

Plaintiffs Gabriele Willis, Shelby Cooper, Rama Kolesnikow, Lisa Bush, David Alzate, Mark Letoski, Louis Green, Ed Rennie, Teia Pittman, Raven Johnson, Chanel Robinson, Kevin Zenstein, Mary Thew, and Lisa Evans and Defendants Meta Platforms, Inc. hereby agree to the dismissal of this entire action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own attorneys' fees and costs.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Respectfully submitted,

Dated: October 30, 2023

By: /s/ *Simon S. Grille*
Adam E. Polk (SBN 273000)
Simon S. Grille (SBN 294914)
Reid Gaa (SBN 330141)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
apolk@girardsharp.com
sgrille@girardsharp.com
rgaa@girardsharp.com

Gary M. Klinger (*pro hac vice*)
Alexandra M. Honeycutt (*pro hac vice*)
Alexander Wolf (*pro hac vice* forthcoming)
**MILBERG COLEMAN BRYSON
 PHILLIPS GROSSMAN, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Telephone: (866) 252-0878
gklinger@milberg.com
ahoneycutt@milberg.com
awolf@milberg.com

*Attorneys for Plaintiffs*

| | |
|---|---|
| Dated: October 30, 2023 | By: /s/ *Elizabeth L. Deeley*<br>Elizabeth L. Deeley (Bar No. 230798)<br>elizabeth.deeley@lw.com<br>Sheridan Caldwell (Bar No. 324743)<br>sheridan.caldwell@lw.com<br>**LATHAM & WATKINS LLP**<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111-6538<br>Telephone: +1.415.391.0600<br><br>Serrin Turner (*pro hac vice*)<br>serrin.turner@lw.com<br>Marissa Alter-Nelson (*pro hac vice*)<br>marissa.alter-nelson@lw.com<br>**LATHAM & WATKINS LLP**<br>1271 Avenue of the Americas<br>New York, New York 10022-4834<br>Telephone: +1.212.906.1200<br><br>*Attorneys for Defendant Meta Platforms, Inc.* |

## **ATTESTATION**

I, Simon S. Grille, am the ECF User whose ID and password are being used to file this document. In compliance with Civil L.R. 5-1(h)(3), I hereby attest that all counsel have concurred in this filing.

Executed this 30th day of October 2023, in San Francisco, California.

/s/ *Simon S. Grille*

**[PROPOSED] ORDER**

This matter is before the Court on the Parties' Stipulation and [Proposed] Order, IT IS HEREBY ORDERED that this action is dismissed in its entirety without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS SO ORDERED.**

DATED:_____, 2023

_____
Honorable Araceli Martínez-Olguín
United States District Judge